M. P. No. 74-294. LEROY W. ARMSTRONG *v.* VIRGINIA D. ARMSTRONG. This is a petition for certiorari. Since the identical issues for which review by certiorari is presently being sought will be considered in due course on appeal, the petition for certiorari is denied.

A stay of certain mortgage foreclosure proceedings entered on November 1, 1974 is to be considered as having been properly filed pursuant to Rule 8 and the stay is to remain in full force and effect pending the determination of petitioner's appeal. The respondent's motion to vacate the stay is denied. *James P. Flynn,* for petitioner. *Abedon, Michaelson, Stanzler & Biener, Milton Stanzler,* for respondent.